**Exhibit**

**1**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:26-cv-00730-BHH**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Justin Scott Lynch**
was received by me on  **4/27/2026:**

☐    I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **Moved** after attempting service at **284 Palmer Ct, Jefferson, GA 30549**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  04/28/2026

*Server's signature*

**Elizabeth Galvin**
*Printed name and title*

**336 Conway Trl**
**Hoschton, GA 30548**

*Server's address*

Additional information regarding attempted service, etc:

**4/28/2026 2:19 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke with a property manager/landlord who says not resident.**



