**Exhibit**

**2**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:26-cv-00730-BHH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Justin Scott Lynch**
was received by me on   **4/29/2026:**

☐   I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*   on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Moved** after attempting service at **15229 BROWN LOOP RD N, WILMER, AL 36587-7043**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:   05/03/2026

                           *Server's signature*

                           **Stephanie Woodson**
                           *Printed name and title*

                           **4820A Glenwood Rd Ext**
                           **Wilmer, AL 36587**

                           *Server's address*

Additional information regarding attempted service, etc:

**5/3/2026 7:19 PM: I spoke with an individual who identified themselves as the subject's parent and they stated subject moved.  Mom said she kicked him out in February**





Tracking #: **0221539742**