

**Exhibit**

**3**

Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com |

**BILL TO:**

**Morgan & Morgan**
**20 North Orange Avenue Suite 1600**
**Orlando, FL 32801**

| | |
|---|---|
| **INVOICE#** | |
| **DATE** | May 06, 2026 |
| **ACCOUNT#** | |
| **ATTENTION** | |
| **REFERENCE#** | |

| **AMOUNT DUE** | **$ 90.00** |
|---|---|

| | |
|---|---|
| **CASE #** | 2:26-cv-00730-BHH |
| **CASE TITLE** | Rebecca Grasso v. Justin Scott Lynch |
| **COURT** | US District Court, South Carolina, Charleston, Charleston Federal Courthouse |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Investigation | **Subject:** Justin Scott Lynch<br>**Result:** Not found | 90.00 |
| | | |

| | | |
|---|---|---|
| | SUBTOTAL | $ 90.00 |
| | SALES TAX | $ 0.00 |
| | **AMOUNT DUE** | **$ 90.00** |